Kansas Counselors, Inc.
Fax: 913-438-7837

Re:     Marcia Denmon


Dear Kansas Counselors:

I reviewed my credit report and discovered that you are reporting I owe you $300 for a debt to Rockhill Orthopedic Specialists, Inc. I dispute this debt. Please do not contact me about this debt.

Thanks,

*Marca EDenm* (signature)

EXHIBIT A

**James Crump**

| | |
|---|---|
| From: | NoReply@MyFax.com |
| Sent: | Tuesday, March 30, 2021 1:37 PM |
| To: | James Crump |
| Subject: | [Junk]Successful transmission to 19134387837. Re: Denmon - KSI1 |



Your fax was successfully sent to 19134387837 by MyFax.

**Fax Details**

**Date:** 2021-03-30 18:37:02 (GMT)
**Number of Pages:** 2
**Length of Transmission:** 55 seconds
**Receiving Machine Fax ID:** 9134387837

Please note that moving forward, the domain used for sending a fax by email with MyFax has changed. You must now follow your recipient's fax number by @send.myfax.com instead of @myfax.com.

If you have any questions, please visit our online help center.

Thank you for choosing MyFax.

Sincerely,
The MyFax Team

**Tip:** Switch to an annual plan and save! Call (866) 378-2373 or email support@myfax.com.

Home | Features | How it Works | Mobile App | Support

© 2021 J2 Global, Inc. or its affiliates (collectively, "J2"). All rights reserved.
MyFax is a registered trademark of J2.
700 S. Flower St., 15th Floor, Los Angeles, CA 90017

This account is subject to the terms listed in the MyFax Customer Agreement.

**James Crump**
___

From: NoReply@MyFax.com
Sent: Tuesday, March 30, 2021 1:40 PM
To: James Crump
Subject: [Junk]Successful transmission to 19134387837. Re: Denmon - KSI2



Your fax was successfully sent to 19134387837 by MyFax.

**Fax Details**

**Date:** 2021-03-30 18:39:51 (GMT)
**Number of Pages:** 2
**Length of Transmission:** 49 seconds
**Receiving Machine Fax ID:** 9134387837

Please note that moving forward, the domain used for sending a fax by email with MyFax has changed. You must now follow your recipient's fax number by @send.myfax.com instead of @myfax.com.

If you have any questions, please visit our online help center.

Thank you for choosing MyFax.

Sincerely,
The MyFax Team

**Tip:** Switch to an annual plan and save! Call (866) 378-2373 or email support@myfax.com.

Home | Features | How it Works | Mobile App | Support

© 2021 J2 Global, Inc. or its affiliates (collectively, "J2"). All rights reserved.
MyFax is a registered trademark of J2.
700 S. Flower St., 15th Floor, Los Angeles, CA 90017

This account is subject to the terms listed in the MyFax Customer Agreement.