

**Kansas Counselors, Inc.**

MARCIA E DENMON                                        05/19/21

■) ■▬▬▬▬▬▬▬■

■▬▬▬▬■         MO ■▬■

| Client Name | Account# | Balance | Date of Service |
|---|---|---|---|
| ROCKHILL ORTHO SPEC INC | ■▬▬■ | $300.00 | 11/18/16 |

Dear MARCIA E DENMON

We recently received your request for verification of your account with our office.

In response to your request, we are enclosing documents provided by our client which verify your debt.

Now that your debt has been validated, we will resume collection activity on your account. We are always interested in assisting you in your efforts to resolve this matter.

Please contact one of our representatives at (913) 284-7568, and we will be happy to help you establish suitable arrangements.

Sincerely,
Kansas Counselors

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.



EXHIBIT
B