Prepared For
# MARCIA DENMON
Personal & Confidential

Date Generated Jun 15, 2021
Report Number

## At a Glance

**14 Accounts**     **1 Public Records**     **6 Hard Inquiries**

## Personal Information

This information is reported to us by you, your creditors and/or other sources. Each source may report your information differently, which may result in variations of your name, address, Social Security number, etc. This is used for identification purposes only and does not factor into your Credit Score.

### Names

| | | | |
|---|---|---|---|
| **MARCIA DENMON** <br> Name ID | **MARCIA E DENMON** <br> Name ID #1 | **MARCIA G DENMON** <br> Name ID | **MARCIA ELAINE DENMON** <br> Name ID |
| **MARCIA DEMMON** <br> Name ID | **MARCIA GANT** <br> Name ID | **MARCIA E GANT** <br> Name ID | **MARCIA ELAINE DENMON** <br> Name ID |
| **MARCIA DENMOM** <br> Name ID | **MARCIA DEMON** <br> Name ID | **DENMON MARCIA** <br> Name ID | |


EXHIBIT C

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2020 | $9,179 | $296 | $300 on 4/20/2020 |
| Mar 2020 | $9,296 | $296 | $300 on 3/25/2020 |
| Feb 2020 | $9,296 | $296 | $91 on 2/7/2020 |
| Jan 2020 | $9,314 | $296 | $200 on 1/27/2020 |
| Dec 2019 | $9,334 | $296 | $498 on 12/31/2019 |
| Nov 2019 | $9,455 | $296 | $100 on 11/25/2019 |
| Oct 2019 | $9,455 | $296 | $296 on 10/21/2019 |
| Sep 2019 | $9,514 | $296 | $296 on 9/16/2019 |
| Aug 2019 | $9,585 | $296 | $296 on 8/14/2019 |
| Jul 2019 | $9,695 | $296 | $296 on 7/18/2019 |
| Jun 2019 | $9,728 | $296 | $296 on 6/10/2019 |

**Additional info**

The original amount of this account was $9,898



### Contact Info

| | |
|---|---|
| Address | PO BOX 57071, IRVINE CA 92619 |
| Phone Number | (888) 469-4520 |

## KANSAS COUNSELORS INC.
**Potentially Negative**



### Account Info

| | |
|---|---|
| Account Name | KANSAS COUNSELORS INC. |
| Account Number | ▇▇▇▇▇▇▇▇ |
| Account Type | Collection |
| Responsibility | Individual |
| Date Opened | 06/28/2017 |
| Status | Collection account. $300 past due as of Jun 2021. |
| Status Updated | June 2017 |
| Balance | $300 |

| | |
|---|---|
| Balance Updated | 06/01/2021 |
| Recent Payment | $0 |
| Monthly Payment | $0 |
| Original Balance | $422 |
| Highest Balance | $0 |
| Terms | 1 Months |
| On Record Until | Aug 2023 |

## Payment History

| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2021 | – | C | C | C | C | C | – | – | – | – | – | – |
| 2020 | C | C | – | C | C | C | C | C | – | C | C | C |
| 2019 | C | C | C | C | C | C | C | C | C | C | C | C |
| 2018 | – | – | – | – | – | – | – | – | C | – | C | C |

C  Collection

### Payment history guide

Collection as of Apr 2021 to Jun 2021, Apr 2021, Mar 2021, Jan 2021, Dec 2020, Dec 2020, Nov 2020, Oct 2020, Aug 2020, Apr 2020 to Jul 2020, Feb 2019 to Feb 2020, Nov 2018 to Feb 2019, Sep 2018

## Balance Histories

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| May 2021 | $300 | $0 | $0 on 2/5/2019 |
| Apr 2021 | $300 | $0 | $0 on 2/5/2019 |
| Mar 2021 | $300 | $0 | $0 on 2/5/2019 |
| Jan 2021 | $300 | $0 | $0 on 2/5/2019 |
| Dec 2020 | $300 | $0 | $0 on 2/5/2019 |
| Nov 2020 | $300 | $0 | $0 on 2/5/2019 |
| Oct 2020 | $300 | $0 | $0 on 2/5/2019 |
| Aug 2020 | $300 | $0 | $0 on 2/5/2019 |
| Jul 2020 | $300 | $0 | $0 on 2/5/2019 |
| Jun 2020 | $300 | $0 | $0 on 2/5/2019 |
| May 2020 | $300 | $0 | $0 on 2/5/2019 |

| Date | Balance | Scheduled Payment | Paid |
|---|---|---|---|
| Apr 2020 | $300 | $0 | $0 on 2/5/2019 |
| Feb 2020 | $300 | $0 | $0 on 2/5/2019 |
| Jan 2020 | $300 | $0 | $0 on 2/5/2019 |
| Dec 2019 | $300 | $0 | $0 on 2/5/2019 |
| Nov 2019 | $300 | $0 | $0 on 2/5/2019 |
| Oct 2019 | $300 | $0 | $0 on 2/5/2019 |
| Sep 2019 | $300 | $0 | $0 on 2/5/2019 |
| Aug 2019 | $300 | $0 | $0 on 2/5/2019 |
| Jul 2019 | $300 | $0 | $0 on 2/5/2019 |
| Jun 2019 | $300 | $0 | $0 on 2/5/2019 |

**Additional info**

The original amount of this account was $422



**Historical Info**

Original Creditor　　　　　ROCKHILL ORTHO SPEC INC



**Contact Info**

Address　　　　　　　　　8725 ROSEHILL RD STE 415,
　　　　　　　　　　　　　LENEXA KS 66215



**Comment**

Current:

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Previous:

Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).

Apr 2021 to May 2021