IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| Marcia Denmon, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) Case No. 4:21-cv-00457-HFS |
| Kansas Counselors, Inc., a Kansas corporation, | ) |
| Defendant. | ) |

**STIPULATED STATEMENT OF FACTS**

Plaintiff Marcia Denmon and Defendant Kansas Counselors, Inc., for purposes of summary judgment in this case only, have agreed to the following statement of facts:

**STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

1. Plaintiff Marcia Denmon ("Denmon") is a citizen of the State of Missouri, who also resides in the Western District of Missouri.

2. Defendant Kansas Counselors, Inc. ("KCI") is a Kansas corporation that is a debt collector, as defined by §1692a of the FDCPA.

3. Denmon is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3).

4. Venue is proper in this District because the acts and transactions occurred here, Denmon resides here, and KCI transacts business here.

5. In November of 2016, Denmon allegedly incurred a medical debt to Rockhill Orthopedic Specialists, which was a consumer debt as defined by 15 U.S.C. §1692a(5).

6. On June 28, 2017, KCI sent an initial debt collection letter to Denmon.

7. On March 30, 2021, Denmon sent a letter to KCI, stating:

> I reviewed my credit report and discovered that you are reporting that I owe you $300 for a debt to Rockhill Orthopedic Specialists, Inc. I dispute this debt. Please do not contact me about this debt.

The March 30, 2021 letter is attached as "**Exhibit A**."

8. On or about May 19, 2021, KCI sent a letter to Denmon. The May 19, 2021 letter is attached as "**Exhibit B**."

9. The only issues before the Court is whether Denmon has Article III standing, and whether KCI's May 19, 2021 letter violated the Fair Debt Collection Practices Act.

10. As to any claim premised upon the May 19, 2021 letter, this lawsuit is timely filed within the one-year statute of limitations under the FDCPA, 15 U.S.C. § 1692k(d).

DATED: February 1, 2022.

Respectfully submitted,

By: /s/ David J. Philipps
 Ryan M. Callahan (#62666)
 James R. Crump (#65514)
 Callahan Law Firm, LLC
 222 West Gregory, Suite 210
 Kansas City, MO 64114
 Telephone: (816) 822-4041
 E-mail: ryan@callahanlawkc.com
  james@callahanlawkc.com

 David J. Philipps (Ill. Bar No. 06196285)
 Mary E. Philipps (Ill. Bar No. 06197113)
 Philipps & Philipps, Ltd.
 9760 S. Roberts Road, Suite One
 Palos Hills, IL 60463
 Telephone: (708) 974-2900
 Facsimile: (708) 974-2907
 Email: davephilipps@aol.com
  mephilipps@aol.com

 ATTORNEYS FOR PLAINTIFF

By: s/ Joshua C. Dickinson
Joshua C. Dickinson    MO Bar No. 51446
Kersten L. Holzhueter  MO Bar No. 62962
Spencer Fane LLP
1000 Walnut, Suite 1400
Kansas City, MO 64106
Telephone: (816) 474-8100
Facsimile: (816) 474-3216
E-mail: jdickinson@spencerfane.com
         kholzhueter@spencerfane.com

Shilee T. Mullin    MO Bar No. 52207
Spencer Fane LLP
13520 California Street, Suite 290
Omaha, NE 68154
Telephone: (402) 965-8600
Facsimile: (402) 965-8601
E-mail: smullin@spencerfane.com

ATTORNEYS FOR DEFENDANT

Kansas Counselors, Inc.
Fax: 913-438-7837

Re:   Marcia Denmon



Dear Kansas Counselors:

I reviewed my credit report and discovered that you are reporting I owe you $300 for a debt to Rockhill Orthopedic Specialists, Inc. I dispute this debt. Please do not contact me about this debt.

Thanks,

*Marca EDenm* (signature)

EXHIBIT A



## Kansas Counselors, Inc.

MARCIA E DENMON 05/19/21

■) ■■■■■■■■■■ ■

■■■■■■■ MO ■■■

| Client Name | Account# | Balance | Date of Service |
|---|---|---|---|
| ROCKHILL ORTHO SPEC INC | ■■■■■ | $300.00 | 11/18/16 |

Dear MARCIA E DENMON

We recently received your request for verification of your account with our office.

In response to your request, we are enclosing documents provided by our client which verify your debt.

Now that your debt has been validated, we will resume collection activity on your account. We are always interested in assisting you in your efforts to resolve this matter.

Please contact one of our representatives at (913) 284-7568, and we will be happy to help you establish suitable arrangements.

Sincerely,
Kansas Counselors

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.



EXHIBIT
B