# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF MISSOURI
### WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| MARCIA DENMON, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 21-00457-CV-W-HFS |
| | ) |
| KANSAS COUNSELORS, INC., | ) |
| | ) |
| Defendant(s). | ) |
| | ) |

___   Jury Verdict.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

_X_   Decision by Court.   This action came before the Court.   The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Plaintiff's motion for summary judgment, is hereby GRANTED.   It is further

**ORDERED** that

Defendant's motion to dismiss based on lack of standing, is hereby DENIED.

| | |
|---|---|
| _March 10, 2023_ | _Paige Wymore-Wynn_ |
| Date | Clerk |

Entered on   _March 10, 2023_     _/s/ Christy Anderson_
                                         (By) Deputy Clerk