IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| Marcia Denmom, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 4:21-00457-HFS |
|  | ) |  |
| Kansas Counselors, Inc., | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**ORDER**

Plaintiff Marcia Denmon has filed a motion for leave to cite additional authority in support of her Suggestions in Opposition to Reconsideration. (Doc. 43). Denmon has alerted to the Court to a recent decision of the Sixth Circuit, <u>Ward v. NPAS</u>, 63 F.4th 576 (6th Cir. 2023), which she contends is further support for her position as to standing in this case. For good cause shown, plaintiff's motion for leave to cite additional authority is hereby GRANTED. (Doc. 43).

                                                                                         /s/ Howard F. Sachs
                                                                                         HOWARD F. SACHS
                                                                                         UNITED STATES DISTRICT JUDGE

April 26, 2023
Kansas City, Missouri